IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| GUADALUPE ZUNIGA, § | |
| § | |
| Plaintiff, § | |
| § | |
| V. § | |
| § | CIVIL ACTION NO. 1:18-cv-00044 |
| § | (JURY DEMANDED) |
| EQUITY LIFESTYLE PROPERTIES, INC., § | |
| D/B/A FUN N SUN & D/B/A MHC-QRS § | |
| TWO, INC., § | |
| § | |
| Defendants. § | |

## NOTICE OF REMOVAL

PLEASE TAKE NOTICE that Defendant Equity Lifestyle Properties, Inc., d/b/a Fun N Sun & d/b/a MHC-QRS Two Inc. ("Defendant"), hereby removes Cause No. 2018-DCL-00050, *Guadalupe Zuniga v. Equity Lifestyle Properties, Inc., d/b/a Fun N Sun & d/b/a MHC-QRS Two, Inc.,*, from the 444th Judicial District Court of Cameron County, Texas pursuant to 28 U.S.C. § 1332.  This Notice of Removal is filed subject to and without waiving Defendant's Special Appearance previously filed in the 444th Judicial District Court of Cameron County, Texas.

1. This is an employment case brought under Chapter 21 of the Texas Labor Code by Guadalupe Zuniga against Defendant.  Plaintiff alleges that Defendant discharged him from employment or in some other (unspecified) manner discriminated against him because of his age.

2. Defendant's registered agent was served a copy of Plaintiff's First Amended Petition (the "First Amended Petition") on February 7, 2018.  Defendant has not been

served with an Original Petition. As required under 28 U.S.C. § 1446(b), this Notice of Removal is filed within thirty days of service of the Petition on Defendant.

3. The United States District Court for the Southern District of Texas, Brownsville Division, includes the judicial district in which Plaintiff filed his First Amended Petition. Thus, removal to this Court is proper pursuant to 28 U.S.C. § 1446(a).

4. This Court has original jurisdiction over this action based upon diversity of citizenship under 28 U.S.C. § 1332. Diversity of citizenship exists where the suit is between citizens of different states and the amount in controversy likely exceeds $75,000. 28 U.S.C. § 1332; *Allen v. R&H Oil & Gas Co.*, 63 F.3d 1326, 1330 (5th Cir. 1995).

5. There is diversity of citizenship in this case. Plaintiff is a citizen of Texas. Defendant is incorporated under the laws of Maryland, and its principal place of business is in Chicago, Illinois. It is a holding company with no employees, and it transacts no business. Furthermore, Defendant does not do business as "Fun N Sun" or as "MHC-QRS Two, Inc." as alleged in the First Amended Petition. Rather, "Fun N. Sun" is merely a trade name that is utilized by an entity that is indirectly owned by Defendant. Also, MHC-QRS Two, Inc. is a Delaware corporation with its principal place of business in Chicago, Illinois. All of the properties owned by MHC-QRS Two, Inc. are located in Florida.

6. The amount in controversy exceeds $75,000. In his First Amended Petition, Plaintiff pleads that he "seeks monetary relief over $200,000 but not more than $1,000,000." Removal is proper if "it is facially apparent" from the plaintiff's petition that the claims are likely above $75,000. *Allen*, 63 F.3d at 1335.

7. Based on the foregoing, the two elements of diversity jurisdiction are met: (1) there is diversity of citizenship; and (2) the amount in controversy exceeds $75,000. Therefore, jurisdiction exists under 28 U.S.C. § 1332 and this removal is proper.

8. Accordingly, this action is one over which this Court has original jurisdiction under the provisions of 28 U.S.C. § 1332 (a)-(c) and removal jurisdiction pursuant to 28 U.S.C. § 1441.

9. Accordingly, this action is one over which this court has original jurisdiction under the provisions of 28 U.S.C. § 1331 and removal jurisdiction pursuant to 28 U.S.C. § 1441.

10. Defendant will file a copy of this Notice of Removal with the clerk of the state court where the suit has been pending.

11. Plaintiff has demanded a jury trial in the state court suit.

12. The state judge has signed no orders.

13. This Notice of Removal is accompanied by copies of the following:

   a. Executed process in the state action (Exhibit A);

   b. Pleadings asserting causes of action, *e.g.*, petitions, counterclaims, cross-actions, third-party actions, interventions and all answers to such pleadings (Exhibit B);

   c. All orders signed by the state court judge (Exhibit C – None).

   d. The docket sheet (Exhibit D).

   e. An index of matters being filed (Exhibit E); and

   f. A list of all counsel of record, including addresses, telephone numbers and parties represented (Exhibit F).

14. Defendant therefore respectfully requests that this Court take jurisdiction over this action, including granting Defendant such equitable and legal relief to which Defendant may show itself justly entitled.

                Respectfully submitted,

                /s/ *Joseph G. Galagaza*
                Joseph G. Galagaza
                State Bar No. 07572600
                JACKSON LEWIS P.C.
                1425 Louisiana, Suite 3325
                Houston, Texas 77002
                (713) 650-0404 [Telephone]
                (713) 650-0405 [Facsimile]
                galagazj@jacksonlewis.com [Email]

                ATTORNEY FOR DEFENDANTS,
                EQUITY LIFESTYLE PROPERTIES, INC.,
                D/B/A FUN N SUN AND D/B/A
                MHC-QRS TWO, INC.

OF COUNSEL:

JACKSON LEWIS P.C.
1415 Louisiana, Suite 3325
Houston, Texas 77002
(713) 650-0404 [Telephone]
(713) 650-0405 [Facsimile]

ATTORNEYS FOR DEFENDANT,
EQUITY LIFESTYLE PROPERTIES, INC.,
D/B/A FUN N SUN AND D/B/A
MHC-QRS TWO, INC.

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing *Notice of Removal* has been served on Plaintiff's attorney of record, John "Roca" Shergold, HODGE & SHERGOLD L.L.P., 1534 East 6th Street, Suite 103, Brownsville, Texas 78520, by the ECF protocols in effect in the U.S. District Court for the Southern District of Texas and/or by certified mail, return receipt requested, on this 8th day of March, 2018.

/s/ *Joseph G. Galagaza*
Joseph G. Galagaza