United States District Court
Southern District of Texas
**ENTERED**
July 20, 2018
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| GUADALUPE ZUNIGA, § § Plaintiff, § § V. § § § EQUITY LIFESTYLE PROPERTIES, INC., § D/B/A FUN N SUN & D/B/A MHC-QRS § TWO, INC., § § Defendants. § | CIVIL ACTION NO. 1:18-cv-00044 (JURY DEMANDED) |

## ORDER OF DISMISSAL WITH PREJUDICE

Plaintiff Guadalupe Zuniga ("Zuniga") and Defendant Equity Lifestyle Properties, Inc. ("Equity Lifestyle"), pursuant to Rule 41(a)(1)(A)(ii), have filed a Joint Stipulation of Dismissal with Prejudice of all claims and causes of action that were or could have been asserted by Plaintiff against Defendant in this lawsuit. Plaintiff Zuniga and Defendant Equity Lifestyle are the only two parties appearing in this action.

It is, therefore, ORDERED that pursuant to the Joint Stipulation of Dismissal with Prejudice signed and filed by all parties appearing in this matter, Plaintiff Zuniga's claims against Defendant Equity Lifestyle are DISMISSED WITH PREJUDICE, with each party to bear his or its own court costs and expenses.

Signed this 20th day of July, 2018.

Fernando Rodriguez, Jr.
United States District Judge